Order Filed on October 25, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>(201) 845-1000<br>Fax:  (201) 655-6650<br>Attorneys for Benjamin A. Stanziale, Jr.<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866) | |
| In Re:<br><br>PRAMOD K. JAIN<br><br>                              Debtor. | Chapter 7<br><br>Case No. 16-22229 (JKS) |
| BENJAMIN A. STANZIALE, JR, in his capacity as Chapter 7 Trustee of Pramod K. Jain,<br><br>                              Plaintiff,<br><br>v.<br><br>ANITA JAIN AND MONICA JAIN,<br><br>                              Defendants. | Adv. Pro. No. 18-1262 (JKS)<br><br>Hearing Date:  October 9, 2018<br>Hearing Time: 10:00 a.m. |

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two and three, hereby is **ORDERED**.

**DATED: October 25, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0031225 - 1

Page 2
Debtor:         Pramod K. Jian
Case No.        16-22229(JKS)
Adv. Pro.       Stanziale v. Jain, et al
Adv. Pro. No.   18-1262(JKS)
Caption         Order Approving Settlement

**THIS MATTER,** having been brought before the Court upon the motion of Benjamin A. Stanziale, Jr., the chapter 7 trustee (the "Trustee") for Pramod K. Jain (the "Debtor"), through his attorneys, Forman Holt, for the entry an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure approving a settlement (the "Motion"); and the Court having reviewed the pleadings submitted and written and oral objections, if any; and based upon the record established during the course of this case and counsels' argument at the hearing, if any, the Court finds that:

A.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).  Venue of this case and this matter in this district is property under 28 U.S.C. §§ 1408 and 1409.

B.      Notice of the proposed settlement has been provided by the Clerk of the Court pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

C.      The Trustee has satisfied the applicable criteria of Bankruptcy Rule 9109 and therefore, the proposed settlement is determined to be appropriate.

D.      The proposed settlement was negotiated, proposed and entered into by the Parties, in good faith, and reflects the exercise of the Trustee's sound business judgment and a proper exercise of the Trustee's fiduciary duties.

F0031225 - 1

Page 3
Debtor: Pramod K. Jian
Case No. 16-22229(JKS)
Adv. Pro. Stanziale v. Jain, et al
Adv. Pro. No. 18-1262(JKS)
Caption Order Approving Settlement

**THEREFORE, IT IS ORDERED AS FOLLOWS:**

1. The settlement is hereby approved.

2. The Defendants[1] are hereby directed to pay to the Trustee the sum of $25,000 within five (5) days of entry of this Order.

3. The court retains exclusive jurisdiction to enforce and implement this order and to resolve any disputes, controversies or claims arising out of or relating to this order or the contract.

---

[1] Capitalized terms not defined herein shall have the same meaning as in the Certification of Benjamin A. Stanziale submitted in support of the Motion.

F0031225 - 1